HUMANSCALE CORP.,
Plaintiff–Appellant,

v.

COMPX INTERNATIONAL INC. and
Waterloo Furniture Components Ltd.
(doing business as CompX Waterloo),
Defendants–Appellees.

No. 2010–1549.

United States Court of Appeals,
Federal Circuit.

March 21, 2011.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).